PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 24 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Douglas E. Wittner          Case Number: 2:08CR00174-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior Judge

Date of Original Sentence: August 12, 2010          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Commit Credit Card Fraud, 18 U.S.C. § 371; Possession of 15 or More Access Devices with Intent to Defraud, 18 U.S.C. §§ 1029(a)(3) and (c)(a)(A)(I); Credit Card Fraud, 18 U.S.C. § 1029(a)(2)

Date Supervision Commenced: April 5, 2013

Original Sentence: Prison - 30 Months;
               TSR - 36 Months

Date Supervision Expires: April 4, 2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Mr. Wittner reports difficulty providing urine samples in the presence of an officer for drug testing due to medical issues. Mr. Wittner has a history of abusing controlled substances. As a result, it is believed he is an appropriate candidate for the sweat patch in order to verify abstinence from illegal substances.

                                    Respectfully submitted,

                              by    s/Cassie Lerch
                                    _____

                                    Cassie Lerch
                                    U.S. Probation Officer
                                    Date: October 23, 2013

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]    Other

*Signature of Judicial Officer*

October 24, 2013

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21  You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
Cassie Lerch                                        Douglas E Wittner
U.S. Probation Officer                         Probationer or Supervised Releasee

10-21-2013
Date