PROB 12C
(7/93)

Report Date: February 12, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Douglas E. Wittner         Case Number: 2:08CR00174-001

Address of Offender: unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 12, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Credit Card Fraud, 18 U.S.C. § 371; Possession of 15 or More Access Devices with Intent to Defraud, 18 U.S.C. § 1029(a)(3) and (c)(a)(A)(I); Credit Card Fraud, 18 U.S.C. § 1029(a)(2) |
| Original Sentence: | Prison 30 months         Type of Supervision: Supervised Release<br>TSR - 36 months |
| Asst. U.S. Attorney: | Timothy J. Ohms         Date Supervision Commenced: April 5, 2013 |
| Defense Attorney: | Robert R. Fischer         Date Supervision Expires: April 4, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/30/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 27, 2014, Mr. Wittner was arrested for third degree theft in Spokane, Washington. The police report indicates that Mr. Wittner entered a Yokes grocery store on that date, and placed items in his pocket. Loss prevention then watched him leave the store without paying for these items. When loss prevention attempted to make contact with Mr. Wittner, he began running away. He was apprehended and detained until local law enforcement could respond.<br><br>Mr. Wittner failed to appear for his court hearing in this matter on February 4, 2014, and a warrant was subsequently issued for failure to appear. |

Prob12C
Re: Wittner, Douglas E
February 12, 2014
Page 2

          I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/12/2014

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

February 13, 2014

Date