PROB 12C
(7/93)

Report Date: June 2, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 2 2015

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Douglas E. Wittner          Case Number: 0980 2:08CR00174-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 12, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Credit Card Fraud, 18 U.S.C. § 371; Possession of 15 or More Access Devices with Intent to Defraud, 18 U.S.C. § 1029(a)(3) and (c)(a)(A)(I); Credit Card Fraud, 18 U.S.C. § 1029(a)(2); |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 30 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | October 3, 2014 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | February 2, 2017 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On May 27, 2015, Mr. Wittner submitted a urine specimen at the Port of Hope Residential Reentry Center which was confirmed positive for morphine (heroin). |
| 2 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Wittner, Douglas E**
**June 2, 2015**
**Page 2**

**Supporting Evidence**: Mr. Wittner was unsuccessfully discharged from substance abuse treatment at the Port of Hope Residential Reentry Center on June 2, 2015.

3          **Special Condition # 22**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Wittner was terminated from the Port of Hope on June 2, 2015, for illegal drug use while at the facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      06/02/2015

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

6/2/15

Date