PROB 12C  
(6/16)

Report Date: July 18, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Douglas E. Wittner     Case Number: 0980 2:08CR00174-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 12, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Credit Card Fraud, 18 U.S.C. § 371; Possession of 15 or More Access Devices with Intent to Defraud, 18 U.S.C. § 1029(a)(3) and (c)(a)(A)(I); Credit Card Fraud, 18 U.S.C. § 1029(a)(2) | |
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 04/22/2010 | Prison - 8 months; TSR - 28 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: October 3, 2014 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: February 2, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On July 14 and July 18, 2016, telephone messages were left for Mr. Wittner directing him to contact the U.S. Probation Office. To date, he has failed to contact the probation office as directed. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: On July 18, 2016, the undersigned officer was notified by one of Mr. Wittner's roommates at the men's clean and sober home, that Mr. Wiittner had not been home since on or about July 12, 2016. He further advised that due to his repeated non-compliance at the clean and sober house, Mr. Wittner's placement at the house was being |

Prob12C
**Re: Wittner, Douglas E**
**July 18, 2016**
**Page 2**

|   |   |   |
|---|---|---|
|   |   | terminated. Mr. Wittner has failed to notify his probation officer of any change in residence. |
| 3 | | **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer. |
| | | **Supporting Evidence**: Given the fact that Mr. Wittner has failed to provide the U.S. Probation Office with his current residence, he is prohibiting the probation officer from visiting him at any time at his home. |
| 4 | | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | | **Supporting Evidence**: Douglass Wittner failed to report for urinalysis testing as scheduled on July 15, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/18/2016

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

7/18/2016
Date